UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------- X

KEVIN MCCAFFREY,

                              Plaintiff,

              -against-

NEW YORK CITY POLICE DEPARTMENT and THE CITY
OF NEW YORK,

                              Defendants.

------------------------------------------------------------------------------------- X

**NOTICE OF MOTION
TO DISMISS THE
COMPLAINT**

No. 25-cv-05072(AKH)

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated October 20, 2025, the Declaration of Assistant Corporation Counsel Brigid Lynn and accompanying exhibits, and upon all the papers and proceedings previously had herein, Defendants will move this Court, before the Hon. Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that, as a matter of law, the Complaint fails to adequately state a claim upon which relief can be granted, and for further relief as the Court may deem just and proper.

Dated:  New York, New York
        October 20, 2025

                             **MURIEL GOODE-TRUFANT**
                             Corporation Counsel of the
                               City of New York
                             *Attorney for Defendants*
                             100 Church Street, Second Floor
                             New York, New York 10007
                             (212) 356-2481

                   By:   /s/ *Brigid Lynn*
                           Brigid Lynn
                           Assistant Corporation Counsel